IN THE SUPREME COURT OF THE STATE OF NEVADA

LEROY HALL MCCOY,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82587

FILED

MAR 31 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

Appellant filed a notice of appeal on March 2, 2021. The notice of appeal does not specifically identify any decisions of the district court. *See* NRAP 3(c)(1)(B). In addition, it does not appear from the district court docket and minute entries that the district court has recently entered any appealable order in case number C-18-329179-1, the designated case number in this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Monica Trujillo, District Judge
Leroy Hall McCoy
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk